IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE BETH BRYANT, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 07-0793-M |
| | : |
| PHILLIPS AND BURNS, LLC, | : |
| | : |
|     Defendant. | : |

<u>ORDER</u>

Plaintiff and Defendant have filed a Joint Stipulation of Dismissal With Prejudice (Doc. 26), which has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (Doc. 17).

Pursuant to the provisions of Rule 41(a)(1)(ii), Fed.R.Civ.P., the Clerk is **DIRECTED** to close this file. Since the Stipulation is signed by all parties who have appeared in the action, this action is **DISMISSED** by Plaintiff and Defendant **WITH PREJUDICE** and without order of the Court. Each party is to bear his, her, or its own costs.

DONE this 25th day of March, 2008.

                                          <u>s/BERT W. MILLING, JR.</u>
                                          UNITED STATES MAGISTRATE JUDGE